■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v BENJAMIN RIVERA, Appellant. (Appeal No. 2.) [919 NYS2d 411]—

Same memorandum as in *People v Rivera* (82 AD3d 1590 [2011]). Present—Centra, J.P., Carni, Lindley, Green and Gorski, JJ.